STATE of Missouri, Respondent,

v.

Maurice WHITE, Appellant.

No. ED 102888

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 9, 2016

John K. Tucci, 720 Olive Street, Suite 1600, St. Louis, Missouri 63101, for Appellant.

Robert J. Bartholomew, Jr., PO Box 899, Assistant Attorney General, Jefferson City, Missouri 65102, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

***ORDER***

PER CURIAM

Maurice White (Appellant) appeals the judgment of the Circuit Court of the City of St. Louis, entered after a jury trial, finding him guilty of one count of possession of a controlled substance. On appeal, Appellant argues that the trial court erred when it overruled his objection to allegedly improper remarks the State made during its opening statement. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 30.25(b).